# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     v.              :       **CRIMINAL NO. 15-511**

LAJUAN WALKER           :

## O R D E R

AND NOW, this ⁔/⁔ day of January, 2016, upon consideration of the Government's Motion to Dismiss the Indictment, it is hereby

## O R D E R E D

that the Indictment is DISMISSED without prejudice.

BY THE COURT:

_____

HONORABLE MITCHELL S. GOLDBERG
*United States District Judge*